**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JULY 14, 2015**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
**WD77079**        **Matthew Rounds vs. State of Missouri**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------
**None**